```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


AHSAN MOHIUDDIN,                )
        Plaintiff,              )
                                )
        v.                      )    C.A. No. 12-11747-JLT
                                )
RAYTHEON COMPANY, et al.,       )
        Defendants.             )
```

ORDER: Plaintiff's Motion for Default Judgment

Plaintiff Ahsan Mohiuddin commenced this action on September 14, 2012. See Docket No. 1. By Order dated October 22, 2012, plaintiff's motion for leave to proceed in forma pauperis was allowed and summons were issued for service of the defendant. See Docket No. 6. Defendant Raytheon Company was served with plaintiff's complaint on December 28, 2012. See Return of Service, Docket No. 7.

Defendant's response to the complaint was due on December 19, 2012. On December 13, 2012, defendant filed a motion for extension of time to respond to the complaint. See Docket No. 10. By Electronic Order dated December 14, 2012, defendant was granted until January 16, 2013 to respond.

Now before the Court are plaintiff's opposition to defendant's motion for extension of time, See Docket No. 14, and plaintiff's motion for default judgment. See Docket No. 15.

Although plaintiff objects to defendant's extension of time to respond to his complaint, his objection is essentially moot as the Court already granted defendant's motion for extension of

time.

Pursuant to Fed. R. Civ. P. Rule 55, the entry of default judgment is a two-step process.  As a first step, default is entered against a defendant who has failed to answer or otherwise defend against a lawsuit.  This provides the non-answering defendant with formal notification that he or she is risking the entry of default judgment, the second step in the process.  See United States v. $23,000 in U.S. Currency, 356 F.3d 157, 168 n. 15 (1st Cir. 2004).

Accordingly, because plaintiff is not entitled to entry of default, a necessary prerequisite to entry of default judgment, plaintiff's motion (#15) for entry of default judgment is DENIED.

SO ORDERED.


| | |
|---|---|
| January 14, 2013<br>DATE | /s/ Joseph L. Tauro<br>JOSEPH L. TAURO<br>UNITED STATES DISTRICT JUDGE |